UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE I.A.T.S.E. ANNUITY FUND,

                    Plaintiff,

   -against-

COAST TO COAST TRADE SHOW SERVICES, INC.,

                    Defendant.

~~PROPOSED~~
**DEFAULT JUDGMENT**

Case No. 24-cv-05372 (AS)

---

      This action having been commenced on July 16, 2024 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been duly served on Defendant Coast to Coast Trade Show Services, Inc. ("Defendant") by personally serving James R. Handzel, the registered agent of Defendant for service of process, on August 11, 2024, and proof of service having been filed on August 15, 2024, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is hereby

      ORDERED, ADJUDGED, AND DECREED:  That Plaintiff Board of Trustees of the I.A.T.S.E. Annuity Fund ("Plaintiff") have judgment against Defendant, as follows:

1. For unpaid benefit contributions in the amount of $21,884.43; interest on all unpaid benefit contributions in the amount of $6,005.04 calculated as of November 25, 2024, plus interest accruing at the prime rate published in the New York Times or the Wall Street Journal plus 1% from that date until judgment is entered [January 15, 2025], in the amount of $ 281.59 ; liquidated damages in the amount of ~~$6,005.04~~ $6,286.63; audit costs incurred in the amount of $9,925.01; attorneys' fees incurred in this action of $8,520.00; and costs incurred in this action of $727.50; amounting to a total of $_____ [$53,630.20]; plus post-judgment

interest pursuant to 28 U.S.C. § 1961;

2. Ordering Defendant to pay all remaining unpaid contributions as of the present date, as well as all contributions that may be due and owing as of the date of Judgment, together with applicable interest, liquidated damages, audit costs, costs and fees.

Dated: New York, New York
January 17, 2025

The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

_____
Arun Subramanian
United States District Judge

2